167 A.3d 654

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYRON WILLIAMS, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001756–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 654

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LAQUAY
J. GIBBS (A/K/A LAQUAY LIVINGSTON, KEVIN PERRY, JOHN
GIBBS AND KEVIN GIBBS), DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004461–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.